IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOFIYA GRUBER,<br>                Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>**Acting Commissioner of Social Security Administration**,<br>                Defendant. | CIVIL ACTION<br><br><br><br>NO. 17-3330 |

**O R D E R**

**AND NOW**, this 14th day of February, 2018, upon consideration of Plaintiff's Request for Review, the record in this case, the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, dated January 16, 2018, no objections having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Jacob P. Hart, dated January 16, 2018, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED** to the extent plaintiff seeks a remand to the Acting Commissioner of Social Security and **DENIED** in all other respects;

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, dated January 16, 2018.

                **BY THE COURT:**

                **/s/ Hon. Jan E. DuBois**

                   **DuBOIS, JAN E., J.**